Case 2:10-cv-02734-CCC -JAD   Document 82   Filed 01/27/11   Page 1 of 2 PageID: 621

# MARINO, TORTORELLA & BOYLE, P.C.
### ATTORNEYS AT LAW

KEVIN H. MARINO
JOHN D. TORTORELLA**
JOHN A. BOYLE*
ROSEANN BASSLER DAL PRA*

437 SOUTHERN BOULEVARD
CHATHAM, NEW JERSEY 07928-1488
TELEPHONE (973) 824-9300
FAX (973) 824-8425

*ALSO ADMITTED IN NEW YORK
+ALSO ADMITTED IN PENNSYLVANIA

e-mail: kmarino@khmarino.com

January 27, 2011

**VIA ECF AND FEDERAL EXPRESS**
Honorable Esther Salas, U.S.M.J.
United States District Court
Martin Luther King, Jr. Federal
 Building & Courthouse, Room 2060
50 Walnut Street
Newark, New Jersey 07101-0999

    Re:    *In re Biogen '755 Patent Litigation,*
             Civil Action No. 2:10-cv-02734 (PGS/ES)

Dear Judge Salas:

      Please accept this letter in support of the parties' joint application for (i) an Order granting Biogen Idec MA, Inc. ("Biogen") leave to amend its Infringement Contentions pursuant to Local Patent Rule 3.7; and (ii) a revision to the Pretrial Scheduling Order to extend the date for service of Defendants' Invalidity Contentions and accompanying document production pursuant to Local Patent Rules 3.3 and 3.4 by three (3) weeks, along with the subsequent dates through the *Markman* claim construction proceedings.

      The parties note that the proposed amendments to the Scheduling Order will not impact the deadlines for the close of fact and expert discovery. Nor will they affect the dates for the *Markman* hearing or trial, which have not been set by the Court.

      Enclosed for your Honor's review are a proposed Order to permit Biogen to amend its Infringement Contentions and a Third Amended Pretrial Scheduling Order to memorialize the changes to the overall case schedule. If the enclosed proposed Orders meet with your Honor's approval, Biogen respectfully requests that they be entered.

      Thank you for your continuing attention to this matter.

                                            Respectfully yours,

                                            Kevin H. Marino

Encls.
cc:    All Counsel of Record (via ECF and email)