UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE BIOGEN '755 PATENT LITIGATION | Hon. Peter G. Sheridan<br><br>Civil Action No. 10-2734 (PGS-ES)<br>(consolidated) |

## CONSENT ORDER PERMITTING BIOGEN TO AMEND ITS INFRINGEMENT CONTENTIONS

THIS MATTER having come before the Court on application to permit Biogen Idec MA, Inc. to amend its Infringement Contentions; and the Court having considered the positions of the parties and the nature of the claims and defenses; and for good cause shown,

IT IS on this 31st day of January, 2011,

ORDERED THAT:

1. Plaintiff Biogen Idec MA, Inc. is hereby permitted to amend its Asserted Claims and Infringement Contentions pursuant to Local Patent Rule 3.7.

Honorable Esther Salas
United States Magistrate Judge