# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE BIOGEN '755 PATENT LITIGATION | Civil Action No.: 10-2734 (PGS)(ES) |

## UNOPPOSED ORDER PERMITTING EMD SERONO, INC. AND PFIZER INC. TO AMEND INVALIDITY CONTENTIONS AND DOCUMENT PRODUCTION

**THIS MATTER** having come before the Court upon application to permit EMD Serono, Inc. ("Serono") and Pfizer, Inc. ("Pfizer") to amend Defendants EMD Serono, Inc.'s and Pfizer Inc.'s Invalidity Contentions and Document Production; and the Court having considered the positions of the parties and the nature of the claims and defenses; and with no opposition from Plaintiff Biogen Idec MA Inc., and for good cause shown,

IT IS on this _7_ day of April, 2011,

**ORDERED THAT:**

1. Serono and Pfizer are hereby permitted to amend their Invalidity Contentions and Document Production pursuant to Local Patent Rule 3.7.

_____
Honorable Esther Salas
United States Magistrate Judge

#1620045 v1
110323-72227