

SHEILA F. MCSHANE
Director

Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Direct: (973) 596-4637 Fax: (973) 639-6482
smcshane@gibbonslaw.com

July 22, 2011

**VIA ECF (COPY BY FEDERAL EXPRESS)**
Honorable Joseph A. Dickson, U.S.M.J.
United States District Court
District of New Jersey
Martin Luther King, Jr. Federal Building
& U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

    Re:  *In re:* Biogen '755 Patent Litigation
           Civil Action No.: 10-2734 (CCC)(JAD)

Dear Judge Dickson:

    On behalf of the parties we write to respectfully request a short extension to the deadlines related to claim construction in this action. The original and proposed dates are as follows:

| Scheduled Date | Proposed Date | Event |
| --- | --- | --- |
| Aug. 1 | Aug. 15 | The parties shall file their respective responding claim construction briefs. |
| Aug. 31 | Sept. 12 | The parties shall complete all discovery of any expert witness on claim construction. |
| Sept. 14 | Sept. 26 | The parties may file their respective reply claim construction briefs, limited to any new claim construction issues raised in expert discovery. |
| Sept. 28 | Sept. 30 | The parties shall meet and confer and advise the Court regarding (a) the format, including whether there will be live testimony, the order of presentation, and the estimated length of the hearing, (b) a possible technology tutorial to educate the Court on the '755 patent, and (c) a schedule for a Claim Construction Hearing. |

GIBBONS P.C.

Honorable Joseph A. Dickson, U.S.M.J.
July 22, 2011
Page 2

      If the proposed extension is acceptable to the Court, we respectfully request that Your Honor "so order" by executing below, and direct entry of this on the docket. We thank the Court for its attention and courtesies.

                              Respectfully,

                              __s/Sheila F. McShane__

**SO ORDERED:**
Date: July __, 2011

                              _____
                              Honorable Joseph A. Dickson

cc: Counsel of Record (via email)