Robert M. Goodman, Esq.
**GREENBAUM, ROWE, SMITH & DAVIS LLP**
75 Livingston Avenue, Suite 301
Roseland, New Jersey 07068
Telephone: (973) 535-1600
Facsimile: (973) 535-1698
*Attorneys for Plaintiff/Defendant,*
*Bayer HealthCare Pharmaceuticals Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE BIOGEN '755 PATENT LITIGATION | Civil Action No. 10-2734 (CCC) (JAD) (Consolidated) |

**STIPULATED ORDER EXTENDING FACT DISCOVERY CUTOFF**

**THIS MATTER** having come before the Court pursuant to a stipulation of the parties to extend the deadline for the completion of fact discovery by three months due to the very large volume of documents (including electronically stored documents) being exchanged and the large number of depositions that will need to be taken; and the Court having considered the matter; and for good cause shown,

**IT IS** on this 24th day of January, 2012,

**ORDERED THAT:**

1. Paragraph 18 of the Fourth Amended Pretrial Scheduling Order is hereby amended; and

2. Fact discovery in this case shall conclude on June 30, 2012.

_____
Honorable Joseph A. Dickson
United States Magistrate Judge

1363563.01