UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BAYER HEALTHCARE PHARMACEUTICALS, INC. | Civil No. 10-2734 (CCC) |
| Plaintiff(s), | |
| v. | ORDER APPOINTING MEDIATOR |
| BIOGEN IDEC MA, INC., ET AL. | |
| Defendant(s), | |

This matter having come before the Court; and it appearing that mediation would conserve the resources and be in the best interests of the Court and the parties;

IT IS on this 29th day of April, 2013

**ORDERED THAT:**

1. This civil action be and hereby is referred to mediation.

2. Counsel and the parties shall participate in mediation and shall cooperate with the mediator: **Stephen M. Greenberg, Esq., Pilgrim Mediation Group, 4 Times Square, New York, N.Y. 10036.**

3. Counsel and the parties (including individuals with settlement authority) shall attend mediation sessions as requested by the mediator.

4. Upon receipt of this Order, the parties shall contact the Mediator to schedule the mediation.

*s/Claire C. Cecchi*
**HON. CLAIRE C. CECCHI**
United States District Judge