CLERK
UNITED STATES DISTRICT COURT
NEWARK, NEW JERSEY 07101-0419

OFFICIAL BUSINESS

STEPHEN M GREENBERG
STERN & GREENBERG
75 LIVINGSTON AVENUE
ROSELAND, NJ

UTF

NIXIE          076    CE  1           7009/16/13
       RETURN TO SENDER
       NOT DELIVERABLE AS ADDRESSED
       UNABLE TO FORWARD
BC: 07101             *2551-05879-16-16

neopost
09/11/2013
US POSTAGE $00.46°
ZIP 07102
041L1238088

**Other Documents**
2:10-cv-02734-CCC-JAD BAYER HEALTHCARE PHARMACEUTICALS INC. v. BIOGEN IDEC INC.
LEAD,MEDIATION-PRIVATE,RULE16,SCHEDO

U.S. DISTRICT COURT
2013 SEP 23 P 1:30

## U.S. District Court

### District of New Jersey [LIVE]

**Notice of Electronic Filing**

The following transaction was entered on 9/11/2013 at 11:51 AM EDT and filed on 9/11/2013
**Case Name:** BAYER HEALTHCARE PHARMACEUTICALS INC. v. BIOGEN IDEC INC.
**Case Number:** 2:10-cv-02734-CCC-JAD
**Filer:**
**Document Number:** 245

**Docket Text:**
**Court's Letter Re: case management responsibilities; and directing parties to submit a case summary within 7 days. (sr, )**


**2:10-cv-02734-CCC-JAD Notice has been electronically mailed to:**

DAVID E. DELORENZI    ddelorenzi@gibbonslaw.com, litefiling@gibbonslaw.com

JOHN D. TORTORELLA    jtortorella@khmarino.com

KEVIN HARRY MARINO    kmarino@khmarino.com, docketing@khmarino.com

ROBERT M. GOODMAN    rgoodman@greenbaumlaw.com, bkornbrek@greenbaumlaw.com, smanobianca@greenbaumlaw.com, tmurphy@greenbaumlaw.com

SHEILA F. MCSHANE    smcshane@gibbonslaw.com, ebrown@gibbonslaw.com, ellie.perkins@whitecase.com, jcentanni@gibbonslaw.com, litefiling@gibbonslaw.com, sdonat@gibbonslaw.com

**2:10-cv-02734-CCC-JAD Notice will not be electronically mailed to::**

STEPHEN M GREENBERG
STERN & GREENBERG
75 LIVINGSTON AVENUE
ROSELAND, NJ 07068

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046708974 [Date=9/11/2013] [FileNumber=6993093-0
] [85b7946376391bdce51a78bb8ee7ae0dc2bebf134bc3bcc4d67a8a001a0e63ac343
5e4ced0ab7ae4e94c872148a930ff10f7c5d3b7b8eb0827e1ef6c863c5d79]]