

David E. De Lorenzi
Chair, Intellectual Property

Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Direct: (973) 596-4743 Fax: (973) 639-6235
ddelorenzi@gibbonslaw.com

June 25, 2015

**VIA ECF**

Honorable James B. Clark, III, U.S.M.J.
United States District Court
　District of New Jersey
2 Federal Square, Room 369
Newark, NJ 07101

　　　　Re:　　Re:　　*In re* Biogen '755 Patent Litigation – Civil Action No. 10-2734 (CCC)(MF)

Dear Judge Clark:

　　　　We represent Defendants EMD Serono, Inc. ("Serono") and Pfizer Inc. ("Pfizer") in this action, and write to briefly respond to Biogen's letter to the Court dated June 24, 2015 (Dkt. No. 344). Serono and Pfizer are not opposed to the scheduling of an oral hearing on Biogen's pending motion. Serono and Pfizer have already responded to Biogen's motion on the merits, and Biogen's letter adds nothing new of substance. For the reasons previously addressed in detail (Dkt. Nos. 312, 317), Serono and Pfizer continue to oppose the relief requested by Biogen. Moreover, we continue to believe that the case can move forward in a sensible and efficient manner only with the issuance of a claim construction ruling (pending now for more than 41 months), as well as a ruling on Serono's pending motion for partial summary judgment as to Biogen's lost profits claim (argued to the Court on February 25, 2015).

　　　　We thank the Court for its consideration and continued assistance in this matter.

　　　　　　　　　　　　　　　　　　　　　　　　Respectfully,

　　　　　　　　　　　　　　　　　　　　　　　　s/ David E. De Lorenzi

cc: Counsel of record via ECF