OF COUNSEL:
Nicholas Groombridge
David J. Ball, Jr.
Eric A. Stone
Peter Sandel
Josephine Young
PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
Tel: (212) 373-3000
Fax: (212) 757-3990

Kevin H. Marino
John D. Tortorella
MARINO, TORTORELLA &
BOYLE, P.C.
437 Southern Boulevard
Chatham, New Jersey 07928-1488
Tel: (973) 824-9300
Fax: (973) 824-8425

*Attorneys for Plaintiff Biogen Idec MA Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE BIOGEN '755 PATENT LITIGATION | Hon. Claire C. Cecchi<br><br>No. 10-cv-2734-CCC-JBC<br>(consolidated) |

## CONSENT ORDER AMENDING DISCOVERY SCHEDULE

THIS MATTER having been brought before the Court by Kevin H. Marino, Esq., of Marino, Tortorella & Boyle, P.C., attorneys for plaintiff, Biogen Idec MA Inc., on application for an Order amending the Scheduling Order; the Court having considered the application; all parties having consented; all parties agreeing that the following order does not moot defendants Bayer Healthcare Pharmaceuticals, Inc. and Novartis Pharmaceuticals Corp.'s pending appeals [ECF Nos. 351 and

359] of the Magistrate Judge's orders granting plaintiff's motion to amend the scheduling order [ECF No. 346] and denying Bayer and Novartis's motion for a stay [ECF No. 357] and that Bayer and Novartis do not waive any aspect of their challenge to the scheduling order or to the denial of a stay; and good cause having been shown;

IT IS on this _18th_ day of _November_, 2015,

**ORDERED THAT:**

**I. Fact Discovery**

1. The supplemental period of fact discovery as to certain issues ordered by the Court on July 7, 2015 [ECF No. 346], and September 10, 2015 [ECF No. 367], shall conclude on **December 11, 2015**.

2. Within **thirty (30) days** after the issuance of the Court's *Markman* decision, the parties shall exchange privilege logs.

3. Notwithstanding the close of fact discovery or expert discovery, should any party produce any advice of counsel pursuant to Local Patent Rule 3.8, the parties will have **sixty (60) days** following exchange of such production to conduct discovery related to such advice of counsel.

**II. Expert Discovery**

4. The parties that bear the burden of proof on the issues for which the expert is offered shall file their respective opening expert reports on or before

**February 19, 2016.** Biogen shall include its expert report(s) on objective indicia of non-obviousness in this opening round of reports.

5. The parties shall exchange their respective responsive expert reports, including responsive expert reports on objective indicia of non-obviousness, on or before **April 8, 2016.**

6. Expert discovery, including all deposition, shall conclude by **June 10, 2016.**

_____
The Honorable James B. Clark, U.S.M.J.

WE CONSENT TO ENTRY OF THE FOREGOING ORDER:

| GREENBAUM, ROWE, SMITH & DAVIS, LLP | GIBBONS P.C. |
|---|---|
| /s Thomas K. Murphy, III<br>Robert M. Goodman<br>Thomas K. Murphy, III<br>75 Livingston Avenue, Suite 301<br>Roseland, New Jersey 07068-3701<br>Tel: (973) 535-1600<br>Fax: (973) 535-1698<br><br>*Counsel for Defendant Bayer Healthcare Pharmaceuticals Inc.* | /s David E. DeLorenzi<br>David E. De Lorenzi<br>Charles H. Chevalier<br>One Gateway Center<br>Newark, New Jersey 07102-5310<br>Tel: (973) 596-4500<br>Fax: (973) 596-0545<br><br>*Counsel for Defendant Novartis Pharmaceuticals Corp., EMD Serono, Inc., and Pfizer, Inc.* |

**MARINO, TORTORELLA & BOYLE, P.C.**

/s/ Marino

Kevin H. Marino
John D. Tortorella
437 Southern Boulevard
Chatham, New Jersey 07928-1488
Tel: (973) 824-9300
Fax: (973) 824-8425

*Counsel for Plaintiff Biogen Idec MA Inc.*