

DAVID DELORENZI
Director

Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Direct: (973) 596-4637 Fax: (973) 639-6482
smcshane@gibbonslaw.com

February 2, 2016

**VIA ECF**

Honorable James B. Clark, U.S.M.J.
United States District Court
District of New Jersey
Martin Luther King, Jr. Federal Building
& U.S. Courthouse
50 Walnut Street
Newark, New Jersey  07102

Re:  *In re:* Biogen '755 Patent Litigation
     Civil Action No.: 10-2734 (CCC)(JAD)

Dear Magistrate Judge Clark:

    We, along with Gibson, Dunn & Crutcher LLP, represent Defendants EMD Serono, Inc. ("Serono") and Pfizer Inc. ("Pfizer"), in the above-referenced matter.  Enclosed is the letter submitted to Your Honor's Chambers via facsimile on January 28, 2016.  The enclosed last page is a Fax Confirmation Report, indicating that the facsimile was delivered at 3:42pm (*i.e.*, "CP-- Completed").

    If the Court has any questions, we will make ourselves available at the Court's convenience.  We thank the Court for its consideration and assistance.

Respectfully,

s/ David DeLorenzi

Enclosure (Exhibit A)
cc:  Counsel of Record (via email)