**GIBBONS**

David E. De Lorenzi
Chair, Intellectual Property

Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Direct: (973) 596-4743 Fax: (973) 639-6235
ddelorenzi@gibbonslaw.com

April 7, 2017

**VIA ECF**

Hon. Claire C. Cecchi, U.S.D.J.
United States District Court
District of New Jersey
Martin Luther King, Jr. Federal Building
& U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

     Re:  *In re* Biogen '755 Patent Litigation – Civil Action No. 10-2734 (CCC)(JBC)

Dear Judge Cecchi:

On behalf of EMD Serono, Inc. and Pfizer, Inc. (collectively, "Serono"), we write regarding the upcoming hearing scheduled for May 11-12, 2017 regarding defendants' motions for summary judgment in this matter. After the Court scheduled this hearing, we learned that lead counsel for Serono has a conflict on May 12; his daughter's commencement ceremony, at which she will receive a Master's degree, is scheduled to occur on that day in Los Angeles. Given the importance of this event, we write to request, subject to the Court's availability, that rather than May 11-12, the Court re-set the hearing for May 10-11. Alternatively, should May 10 prove inconvenient for the Court, we ask that the hearing be rescheduled to occur on May 11 and May 15.

Counsel for all the parties to this action have graciously consented to this request. We thank the Court for allowing us to be heard on this matter.

Respectfully submitted,

s/ David E. De Lorenzi

cc: Counsel of record via ECF & email