# Greenbaum Rowe Smith & Davis LLP

**COUNSELORS AT LAW**

75 LIVINGSTON AVENUE
SUITE 301
ROSELAND, NJ 07068-3701
(973) 535-1600  FAX (973) 535-1698

INFO@GREENBAUMLAW.COM
WWW.GREENBAUMLAW.COM

**WOODBRIDGE OFFICE:**
METRO CORPORATE CAMPUS ONE
P.O. BOX 5600
WOODBRIDGE, NJ 07095-0988
(732) 549-5600
FAX (732) 549-1881

*DELIVERY ADDRESS:*
99 WOOD AVENUE SOUTH
ISELIN, NJ 08830-2712

**NEW YORK OFFICE:**
750 THIRD AVENUE
9TH FLOOR
NEW YORK, NY 10017
(212) 847-9858

**C. BRIAN KORNBREK**
(973) 577-1820 - DIRECT DIAL
(973) 577-1821 - DIRECT FAX
BKORNBREK@GREENBAUMLAW.COM

July 3, 2017

**VIA ECF**

Hon. Claire C. Cecchi, U.S.D.J.
United States District Court for the District of New Jersey
Martin Luther King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

        **Re:**    *In re* Biogen '755 Patent Litigation, Civil Action No. 10-2734 (CCC) (JBC)

Dear Judge Cecchi:

    I write on behalf of all parties regarding the case schedule. Following the telephonic status conference on June 28, 2017, the parties conferred regarding dates for argument on Bayer and Serono's motions for summary judgment. The parties agree that argument on these motions should be held on **August 10 and 11, 2017**.

    The parties also conferred regarding the proposed dates for trial and which motions for summary judgment should be argued on each hearing date. In light of the Fourth of July holiday, the parties request the Court's indulgence as we finalize our agreement regarding these issues. The parties will submit a joint letter by Friday, July 7, regarding the additional scheduling issues.

                Sincerely,

                GREENBAUM ROWE SMITH & DAVIS LLP

                */s/ C. Brian Kornbrek*

                C. BRIAN KORNBREK

cc: Counsel of Record (via ECF)