

# Greenbaum Rowe
# Smith & Davis LLP

**COUNSELORS AT LAW**

75 LIVINGSTON AVENUE
SUITE 301
ROSELAND, NJ 07068-3701
(973) 535-1600    FAX (973) 535-1698

INFO@GREENBAUMLAW.COM
WWW.GREENBAUMLAW.COM

*WOODBRIDGE OFFICE:*
METRO CORPORATE CAMPUS ONE
P.O. BOX 5600
WOODBRIDGE, NJ 07095-0988
(732) 549-5600
FAX (732) 549-1881

*DELIVERY ADDRESS:*
99 WOOD AVENUE SOUTH
ISELIN, NJ 08830-2712

*NEW YORK OFFICE:*
750 THIRD AVENUE
9TH FLOOR
NEW YORK, NY 10017
(212) 847-9858

July 12, 2017

**VIA ECF AND REGULAR MAIL**

Honorable Claire C. Cecchi
United States District Court for the District of New Jersey
Martin Luther King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

Re:   In re Biogen '755 Patent Litigation, Civil Action No. 10-2734 (CCC) (JBC)

Dear Judge Cecchi,

    I write on behalf of all parties regarding the case schedule. This letter follows up on the joint letters submitted by the parties on July 3 and July 7, 2017, in which the parties agreed, among other things, that the argument on Bayer and Serono's summary judgment motions should be held on August 10-11, 2017, and that the Serono/Pfizer or consolidated trial should begin on January 22, 2018.

    On the June 28 conference call, the Court suspended upcoming pretrial deadlines in light of the revised trial date. The parties agreed to confer regarding a detailed pretrial schedule and to jointly submit a proposed schedule to the Court by July 12, 2017. As set forth below, the parties propose the following schedule:

| Event | Date |
| --- | --- |
| Argument on Bayer and Serono's motions for summary judgment | August 10-11, 2017 *at 10am on both days* |
| Complete meet-and-confers regarding motions *in limine*/*Daubert* motions | Tuesday, September 19, 2017 |
| Interim teleconference with Court regarding case status and trial logistics[1] | Monday, September 25, 2017, at time to be set by Court (Biogen's |

---

[1] The parties will submit letters, jointly or individually, regarding issues they intend to raise on this call. These letters will be submitted no later than Wednesday, September 20, 2017.

| | counsel to initiate call) |
|---|---|
| File motions *in limine*/*Daubert* motions | Tuesday, October 10, 2017 |
| Exchange objections to exhibits<br><br>Exchange objections to deposition designations<br><br>Exchange counter-designations | Tuesday, October 24, 2017 |
| File oppositions to motions *in limine*/*Daubert* motions | Tuesday, November 7, 2017 |
| Exchange proposed voir dire/jury instructions/verdict forms<br><br>Exchange objections to counter-designations | Tuesday, November 14, 2017 |
| Trial briefs (should the Court want submissions) | Wednesday, November 15, 2017 |
| File reply briefs ISO motions *in limine*/*Daubert* motions | Tuesday, November 21, 2017 |
| Complete meet-and-confers regarding voir dire/jury instructions/verdict forms | Tuesday, November 28, 2017 |
| File voir dire/jury instructions/verdict forms<br><br>File joint pretrial statement | Friday, December 1, 2017 |
| Argument on motions *in limine*, *Daubert* motions, and jury instructions | December 8 and 11, 2017 at 10 am both days * |
| Pre-Trial Conference | Wednesday, December 13, 2017 (10:30 am) |
| Trial begins | January 18., 2018 * at 9:30 am |

Respectfully submitted,
GREENBAUM ROWE SMITH & DAVIS LLP

*/s/ Robert M. Goodman*

ROBERT M. GOODMAN

cc: Counsel of Record (via ECF)

SO ORDERED

*s/Claire C. Cecchi*
Claire C. Cecchi, U.S.D.J.
Date: 7/28/17

* Please note the change in dates.