# MARINO, TORTORELLA & BOYLE, P.C.

KEVIN H. MARINO
JOHN D. TORTORELLA
JOHN A. BOYLE

ROSEANN BASSLER DAL PRA*
EREZ J. DAVY*

PHILLIP S. PAVLICK

ATTORNEYS AT LAW
437 SOUTHERN BOULEVARD
CHATHAM, NEW JERSEY 07928-1488
TELEPHONE (973) 824-9300
FAX (973) 824-8425
www.khmarino.com

888 SEVENTH AVENUE, 9TH FLOOR
NEW YORK, NEW YORK 10019
TELEPHONE (212) 307-3700
FAX (212) 262-0050

*OF COUNSEL

e-mail: kmarino@khmarino.com

October 31, 2017

**VIA ECF**

Honorable Claire C. Cecchi, U.S.D.J.
United States District Court
District of New Jersey
50 Walnut Street
Newark, NJ 07101

  Re: *In re Biogen '755 Patent Litigation,*
    No. 2:10-cv-02734-CCC-JBC

Dear Judge Cecchi:

  In keeping with the last sentence of Robert Goodman's letter of October 27, 2017 (ECF No. 740), because Serono did not join Bayer's motions for summary judgment Nos. 1 (ECF No. 503), 5 (ECF No. 517), and 6 (ECF No. 624), Biogen respectfully requests that the Court administratively terminate those motions without prejudice to Bayer's reinstating them at an appropriate later date.

  Thank you for your consideration of this request.

            Respectfully submitted,

            Kevin H. Marino

cc: All counsel of record