UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

NEWARK

Date: January 18, 2018

JUDGE: HON. CLAIRE C. CECCHI

COURT REPORTER: WALTER PERELLI

DEPUTY CLERK:   JACQUIE LAMBIASE

Docket No. 10-cv-2734 (CCC)

Title of Case:   In re Biogen '755 Patent Litigation

Appearances:
Wayne Barksy, Tim Best, Chrisine Ranney, Jaysen Chung, Charles Chevalier, Esqs
Kevin Marino, John Tortorella, Nicholas Groombridge, Eric Stone, David Ball, Esqs.

**NATURE OF PROCEEDINGS:**   Jury Trial

Trial with jury moved.

ORDERED jury selection commenced.

Jurors released for the day.

Oral argument on various in limine motions

Trial adjourned at 7:00 p.m., jury selection to resume January 19, 2018 at 9:30 a.m.

Time Commenced:   9:30 a.m.                            Time Adjourned:   7:00 p.m.

cc: chambers

*Jacquie Lambiase*
Jacquie Lambiase, Deputy Clerk