UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

NEWARK

Date: January 19, 2018

JUDGE: HON. CLAIRE C. CECCHI

COURT REPORTER: WALTER PERELLI

DEPUTY CLERK:   JACQUIE LAMBIASE

Docket No. 10-cv-2734 (CCC)

Title of Case:   In re Biogen '755 Patent Litigation

Appearances:
   Wayne Barksy, Tim Best, Chrisine Ranney, Jaysen Chung, Charles Chevalier, Esqs
   Kevin Marino, John Tortorella, Nicholas Groombridge, Eric Stone, David Ball, Esqs.

NATURE OF PROCEEDINGS:   Civil Jury Trial

Trial with jury continued.
Jury not present.
Pretrial conference held in chambers.
Ordered jury selection continued.
(Recess: 12:00 p.m. - 12:30 p.m.)
Jury selection resumes
Jury Trial adjourned at 5:30 p.m. until 1/22/18 at 9:00 a.m.


Time Commenced:   11:00 a.m.         Time Adjourned:   5:30 p.m.


*Jacquie Lambiase*
Jacquie Lambiase, Courtroom Deputy
to the Honorable Claire C. Cecchi, U.S.D.J.