UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

NEWARK

Date: January 22, 2018

JUDGE: HON. CLAIRE C. CECCHI

COURT REPORTER: WALTER PERELLI

DEPUTY CLERK:   JACQUIE LAMBIASE

Docket No. 10-cv-2734 (CCC)

Title of Case:   In re Biogen '755 Patent Litigation

Appearances:
Wayne Barksy, Tim Best, Chrisine Ranney, Jaysen Chung, Charles Chevalier, Esqs
Kevin Marino, John Tortorella, Nicholas Groombridge, Eric Stone, David Ball, Esqs.

NATURE OF PROCEEDINGS:   Civil Jury Trial

Trial with jury continued.
Pretrial conference held in Chambers.
Ordered jury selection continued
(Recess: 12:00 p.m. - 12:30 p.m.)
10 jurors selected and sworn
Jury present
Preliminary instructions to the Jury.
Jury Trial adjourned at 4:30 p.m. until 1/23/18 at 9:00 a.m.

Time Commenced:    9:30 a.m.                    Time Adjourned:    5:00 p.m.

_____*Jacquie Lambiase*_____
Jacquie Lambiase, Courtroom Deputy
to the Honorable Claire C. Cecchi, U.S.D.J.