UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

NEWARK

Date: January 23, 2018

JUDGE: HON. CLAIRE C. CECCHI

COURT REPORTER: WALTER PERELLI & JACKIE KASHMER

DEPUTY CLERK:   JACQUIE LAMBIASE

Docket No. 10-cv-2734 (CCC)

Title of Case:   In re Biogen '755 Patent Litigation

Appearances:   Kevin Marino, John Tortorella, Nicholas Groombridge, Eric Stone, David Ball, Esqs.
Wayne Barksy, Tim Best, Chrisine Ranney, Jaysen Chung, Charles Chevalier, Esqs

NATURE OF PROCEEDINGS:   Civil Jury Trial

Trial with jury continued.
Jury present
Opening Statement - Nicholas Groombridge, Esq., for Plaintiff
Opening Statement - Wayne Barksy, Esq., for Defendant
Dr. Phillip Sharp sworn for Plaintiff
Jury Trial adjourned at 4:30 p.m. until 1/25/18 at 9:00 a.m.

Time Commenced:    9:30 a.m.                    Time Adjourned:    6:00 p.m.

*Jacquie Lambiase*
Jacquie Lambiase, Courtroom Deputy
 to the Honorable Claire C. Cecchi, U.S.D.J.