```
                    IN THE UNITED STATES DISTRICT COURT
                       FOR THE DISTRICT OF NEW JERSEY
                       Civil No. 10-cv-2734(CCC)(JBC)


    - - - - - - - - - - - - - -x
    IN RE BIOGEN '755 PATENT    :    TRANSCRIPT OF PROCEEDINGS
    LITIGATION                  :        - Excerpt of Trial -
    - - - - - - - - - - - - - -x


                                         Newark, New Jersey
                                         January 19, 2018


    B E F O R E:

                        THE HONORABLE CLAIRE C. CECCHI,
                          UNITED STATES DISTRICT JUDGE


    Pursuant to Section 753 Title 28 United States Code, the
    following transcript is certified to be an accurate record as
    taken stenographically in the above entitled proceedings.


    S/WALTER J. PERELLI



    WALTER J. PERELLI, CCR, CRR
    Official Court Reporter
    U.S. District Court
    Newark, New Jersey
    wjpccr1975@gmail.com
```

```
 1      A P P E A R A N C E S:

 2          MARINO TORTORELLA & BOYLE, PC
             BY:   KEVIN H. MARINO, ESQ.
 3                 JOHN D. TORTORELLA, ESQ.
                   JOHN BOYLE, ESQ.
 4              - and -
             PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
 5           BY:   NICHOLAS GROOMBRIDGE, ESQ.
                   ERIC A. STONE, ESQ.
 6                 PETER SANDEL, ESQ.
                   MICHAEL MELIA, ESQ.
 7           Attorneys for Plaintiff Biogen MA Inc.

 8


 9           GIBBONS, PC
             BY:   CHARLES CHEVALIER, ESQ.
10              - and -
             GIBSON DUNN & CRUTCHER LLP
11           BY:   WAYNE BARSKY, ESQ.
                   TIMOTHY P. BEST, ESQ.
12                 JAYSEN S. CHUNG, ESQ.
                   CHRISTINE L. RANNEY, ESQ.
13           Attorneys for Defendants EMD Serono, Inc., and Pfizer, Inc.

14

15

16

17

18

19

20

21

22

23

24

25
```

1                     January 19, 2018
2           (Excerpt of proceedings - colloquy between Court and
3   Counsel following dismissal of Prospective Jurors for the
4   weekend.)
5                           ooOoo
6           THE COURT:  There is no Government shutdown, but thank
7   you, that was an excellent question.  It's on everyone's mind,
8   I do understand that.
9           But as far as I know we will be reporting to work, so
10  then you will be coming in for jury duty.  If anything changes,
11  we will let you know.  And in addition to that, Jacquie is our
12  main contact here in terms of determining what happens with you
13  if you have any difficulties of any sort or if you have any
14  questions, so she is here to give you her cell phone number for
15  any types of communications.
16          All right.  With that, anything from counsel before I
17  allow our jurors to head off and enjoy the weekend?
18          MR. BARSKY:  No, your Honor.
19          MR. GROOMBRIDGE:  Nothing from us, your Honor.
20          THE COURT:  Thank you.
21          Again, thank you so much for coming in today, for
22  being attentive and answering our questions.  It is a privilege
23  to work with you through this issue, and I look forward to
24  seeing you on Monday morning.  So thank you very much to each
25  and every one of you.

WALTER J. PERELLI, CCR, CRR, OFFICIAL COURT REPORTER, NEWARK, NJ

1                    Just go straight downstairs, check out, and then we'll
2       see you Monday morning by 9:30.  Thank you.
3                    Take care, everyone.  Thank you so much.
4                    (The Prospective Jury leaves the courtroom.)
5                    THE COURT:  Thank you.  Have a good weekend, everyone.
6                    Counsel, anything further that we need to discuss at
7       this point?
8                    MR. GROOMBRIDGE:  Not from us, your Honor.
9                    MR. BARSKY:  Your Honor, we have a couple of
10      outstanding items still on the preliminary jury instructions.
11      I thought what better way to spend a Friday night than to try
12      and get -- but they're small items and I think it probably
13      would make sense to --
14                   THE COURT:  Do you think you have the ability to go
15      through them and work them out, or you need some assistance
16      from me?
17                   MR. BARSKY:  I think we just need a ruling.  I think
18      that the two issues that I can think of that remain have been
19      discussed and --
20                   THE COURT:  What are the issues?  I thought you had
21      resolved everything.
22                   MR. BARSKY:  I thought there was an issue as to the
23      wording on "specific intent for induced infringement" versus --
24      I think you were objecting to the word "specific intent" --
25                   THE COURT:  Do you want to take a look at them and

1    then --

2            MR. STONE:  Can we have 60 seconds to confer?  You
3    don't have to leave the bench.

4            THE COURT:  Why don't do you that.  Why don't you look
5    at it for five minutes and let me know whether it's actually
6    something that is still out there.  Maybe it was out there and
7    maybe you can still work on it a little bit, or maybe it's been
8    resolved; I don't know.

9            MR. STONE:  Your Honor, I haven't had a chance to
10   confer with Ms. Ranney.  She's been engaged in the jury
11   selection process.

12           THE COURT:  I'll get my copy and look at it too.  So
13   why don't you do that and I'll come back.

14           MR. BARSKY:  Thank you, your Honor.

15           MR. MARINO:  Thank you, your Honor.

16           THE COURT:  Okay.

17           (A recess is taken.)

18           (Proceeding resume.)

19           THE COURT:  It appears we have an agreement with
20   respect to the preliminary jury instructions.  Is that correct?

21           MS. RANNEY:  Christine Ranney for EMD Serono and
22   Pfizer.

23           Yes, that is correct, your Honor.

24           THE COURT:  Mr. Stone?

25           MR. STONE:  Yes, that is correct, your Honor.

1              THE COURT:  Thank you.  Let's hear what the agreement
2    is.
3              MS. RANNEY:  So, on page -- there are two outstanding
4    issues.  On page 11, section Roman Numeral II, Inducement of
5    Infringement, factor two will read:
6              (Reading) The party took action at the time the '755
7    Patent issued specifically --
8              (Mr. Stone confers with Ms. Ranney off the record.)
9              MS. RANNEY:  I'm sorry.  Let me start over.
10             (Reading) The party took action after the time the
11   '755 Patent issued specifically intending to cause the
12   infringing acts by healthcare professionals and/or patients.
13             And that agreement is for the preliminary instructions
14   only without prejudice to revisiting the issue in the final
15   instructions.
16             THE COURT:  Thank you.  Good.
17             MS. RANNEY:  The second issue was at page 14, the
18   first paragraph, the last sentence will read:
19             (Reading) To anticipate the invention, all of the
20   requirements of the claim must have been disclosed, either
21   stated expressly or implied to a person having ordinary skill
22   in the art and the technology of the invention, so that looking
23   at the one prior art reference that person could make and use
24   the claimed invention.
25             That agreement is also with respect to the preliminary

1    instructions only, without prejudice to revisiting the issue in
2    the final instructions.
3           THE COURT:  Is that agreed to.
4           MR. STONE:  That is agreed to, your Honor.
5           THE COURT:  Excellent.
6           MS. RANNEY:  And if it's all right with your Honor,
7    the plan to be would submit the final preliminary instructions
8    on ECF tomorrow morning, or if your Honor would prefer tonight,
9    we could do that too.
10          THE COURT:  No, tomorrow would be fine, that's good,
11   and just so long as we have them so that they're proof-read and
12   ready to go for Monday morning and there are no issues
13   remaining.  Because I'd like to be able to stick to our
14   schedule.  If we have our jurors we can go ahead with the
15   video, we can go ahead with the preliminary instructions and
16   then you can finish out the day going through your openings,
17   and then indeed get our first witness on with the direct and
18   the cross, because our hope is to at least finish that witness.
19   And it's a lot to do in that day, so we definitely need these
20   preliminary jury instructions to be completed and fully agreed
21   to by that point.
22          And I believe they are fully agreed to at this point.
23   Correct?
24          MR. STONE:  They are fully agreed to, your Honor.  And
25   as much as it is my preference always to delete footnotes,

1    there is no footnote I look forward to deleting more than the
2    ones that says, "Disputed instructions are set forth in blue
3    and green."  There will be no more of them.
4              (Laughter.)
5              THE COURT:  Thank you.  Thank you.
6              And, Ms. Ranney, from your perspective you're in full
7    agreement with the preliminary jury instructions as well at
8    this point?
9              MS. RANNEY:  Yes, your Honor.
10             THE COURT:  Excellent.  So it just comes down to
11   correcting the document and sending it in to us.
12             MR. STONE:  That's correct, your Honor.
13             THE COURT:  Beautifully done.  I really appreciate it.
14   Thank you.
15             Anything else before we close for today?
16             MR. BARSKY:  Well, since your Honor is in such a good
17   mood --
18             THE COURT:  You're testing it now.
19             (Laughter.)
20             MR. BARSKY:  I was completely transparent about the
21   fact, your Honor.
22             I just wanted to note that we don't need a resolution
23   of the clarifications that we raised last night in chambers
24   before the trial actually commences with opening statements,
25   but the sooner obviously we know what those rules are, the

1      better.

2                THE COURT:  I will take a look at them.

3                MR. BARSKY:  Thank you so much.

4                THE COURT:  And also I think Biogen was going to be

5      looking at them as well.

6                MR. GROOMBRIDGE:  That's correct, your Honor.  I think

7      that the process here is that in parallel with your Honor

8      looking at them we will confer further and we could revisit

9      that.  But I agree with Mr. Barsky, we don't need it before

10     opening.

11               THE COURT:  All right.  And then, you know what, if

12     you work something out in terms of, oh, it's not going to

13     impact us, it doesn't really matter, you can discuss that and

14     let me know what actually is meaningful to you at a certain

15     point after your discussions.

16               MR. BARSKY:  We will do that, your Honor.

17               THE COURT:  Excellent.  Anything else?

18               MR. GROOMBRIDGE:  Not from us.

19               MR. BARSKY:  Have a great weekend, your Honor.

20               THE COURT:  Thank you.

21               MR. BARSKY:  Same to the Court and staff for enduring

22     us.

23               THE COURT:  Thank you to the staff and thank you for

24     Walter for always doing it no matter what the hour.  So thank

25     you.

1                  And to Jacquie and Ashley, thank you as well.  Well
2     done.
3                  Anyway, folks, thank you very much.  It was a very
4     productive day and I appreciate your input on everything.
5                  MR. BARSKY:  Thank you.
6                  THE COURT:  Have a good weekend.  Get some sleep.
7     We'll see you on Monday morning.
8                  Take care, everyone.
9                  (At 5:40 p.m., an adjournment is taken to Monday,
10    January 22, 2018, at 9:30 a.m.)
11                              ooOoo
12
13
14
15
16
17
18
19
20
21
22
23
24
25

WALTER J. PERELLI, CCR, CRR, OFFICIAL COURT REPORTER, NEWARK, NJ