

CHARLES H. CHEVALIER
Director

Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Direct: (973) 596-44611 Fax: (973) 639-6263
cchevalier@gibbonslaw.com

December 29, 2020

**VIA ECF**

Hon. Claire C. Cecchi , U.S.D.J.
United States District Court
District of New Jersey
Martin Luther King, Jr. Federal Building
& U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

    Re:   *In re* Biogen '755 Patent Litigation – Civil Action No. 10-2734 (CCC)(MF)

Dear Judge Cecchi:

    We, along with Gibson, Dunn & Crutcher LLP, represent Defendants EMD Serono, Inc. and Pfizer Inc. (collectively, "Serono") in the above-referenced matter.

    In view of the Federal Circuit's mandate (ECF No. 1109), and in accordance with Local Rule 79.4, Serono submits the enclosed [Proposed] Final Judgment. If the Court finds the document acceptable, Serono respectfully requests that the Court "So-Order" the [Proposed] Final Judgment and direct its entry on the docket.

    We thank the Court for its consideration and assistance in this matter.

                                                                Respectfully,

                                                               s/ Charles H. Chevalier

Enclosure
cc: Counsel of record via ECF and email