# MARINO, TORTORELLA & BOYLE, P.C.

ATTORNEYS AT LAW

KEVIN H. MARINO
JOHN D. TORTORELLA
JOHN A. BOYLE

ROSEANN BASSLER DAL PRA*
EREZ J. DAVY*
WAN CHA

437 SOUTHERN BOULEVARD
CHATHAM, NEW JERSEY 07928-1488
TELEPHONE (973) 824-9300
FAX (973) 824-8425
www.khmarino.com

888 SEVENTH AVENUE, 9TH FLOOR
NEW YORK, NEW YORK 10019
TELEPHONE (212) 307-3700
FAX (212) 262-0050
e-mail: jtortorella@khmarino.com
*OF COUNSEL

January 4, 2021

**VIA ECF**

Honorable Claire C. Cecchi, U.S.D.J.
United States District Court
District of New Jersey
50 Walnut Street
Newark, NJ 07101

Re:  *In re Biogen '755 Patent Litigation,* No. 2:10-cv-02734-CCC-MF

Dear Judge Cecchi:

      We write to advise the Court that Biogen intends to respond to the letter and proposed Final Judgment that Defendants EMD Serono, Inc., and Pfizer Inc. submitted on December 29, 2020. [ECF Nos. 1110, 1111.] Unless your Honor requires it sooner, Biogen intends to submit its response for the Court's consideration no later than January 11, 2021.

      Thank you for your continuing attention to this matter.

Respectfully submitted,

John D. Tortorella

cc:  All counsel of record