# Greenbaum Rowe Smith ⬛ Davis LLP

COUNSELORS AT LAW

75 LIVINGSTON AVENUE
SUITE 301
ROSELAND, NJ 07068-3701
(973) 535-1600     FAX (973) 535-1698

INFO@GREENBAUMLAW.COM
WWW.GREENBAUMLAW.COM

WOODBRIDGE OFFICE:
METRO CORPORATE CAMPUS ONE
P.O. BOX 5600
WOODBRIDGE, NJ 07095-0988
(732) 549-5600
FAX (732) 549-1881

DELIVERY ADDRESS:
99 WOOD AVENUE SOUTH
ISELIN, NJ 08830-2712

NEW YORK OFFICE:
1700 BROADWAY
28TH FLOOR
NEW YORK, NY 10019
(732) 476-2444

C. BRIAN KORNBREK
(973) 577-1820 - DIRECT DIAL
(973) 577-1821 - DIRECT FAX
BKORNBREK@GREENBAUMLAW.COM

January 8, 2021

**VIA ECF**

Hon. Claire C. Cecchi
United States District Court
District of New Jersey
Martin Luther King, Jr. Federal Building
    & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

    Re:    In re Biogen '755 Patent Litigation, C.A. No. 10-2734 (CCC)(MF)

Dear Judge Cecchi:

    I write on behalf of Defendant Bayer HealthCare Pharmaceuticals Inc. ("Bayer") regarding the above-captioned matter. As the Court will recall, Biogen MA Inc.'s case involving Bayer and Novartis Pharmaceuticals Corp. ("Novartis") was severed from its case against Defendants EMD Serono, Inc. and Pfizer Inc. (collectively, "the Serono defendants") but remains pending under the same case number. ECF No. 743.

    Because the sole patent claim asserted against Bayer (claim 1 of U.S. Patent No. 7,588,755) is invalid under the Federal Circuit's decision in the Serono defendants' case, *Biogen MA Inc. v. EMD Serono, Inc.*, 976 F.3d 1326, 1335, 1337 (Fed. Cir. 2020), Bayer is entitled to final judgment. In view of the Serono defendants' letter request for entry of judgment in its case, ECF Nos. 1110, 1111, Bayer writes to advise the Court that Bayer intends to file a motion for judgment on or before January 15, 2021. Bayer understands that Novartis intends to join in this motion.

6689619.1

Greenbaum Rowe
Smith & Davis LLP

Hon. Claire C. Cecchi
January 8, 2021
Page 2

        We thank the Court for its consideration and assistance in this matter.

        Respectfully submitted,

        GREENBAUM, ROWE, SMITH & DAVIS LLP

        */s/ C. Brian Kornbrek*

        C. BRIAN KORNBREK

CBK/mep
cc:    Counsel of Record via ECF and email

6689619.1