

**WOODBRIDGE OFFICE:**
METRO CORPORATE CAMPUS ONE
P.O. BOX 5600
WOODBRIDGE, NJ  07095-0988
(732) 549-5600
FAX (732) 549-1881

75 LIVINGSTON AVENUE
SUITE 301
ROSELAND, NJ  07068-3701
(973) 535-1600     FAX (973) 535-1698

INFO@GREENBAUMLAW.COM
WWW.GREENBAUMLAW.CO

**NEW YORK OFFICE:**
1700 BROADWAY
28TH FLOOR
NEW YORK, NY  10019
(732) 476-2444

January 22, 2021

**VIA ECF**

Hon. Claire C. Cecchi, U.S.D.J.
United States District Court
District of New Jersey
Martin Luther King, Jr. Federal Building
  & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

   Re: **In re Biogen '755 Patent Litigation, C.A. No. 10-2734 (CCC)(MF)**

Dear Judge Cecchi:

  We represent Bayer HealthCare Pharmaceuticals Inc. ("Bayer") in the above-captioned action. We write to follow up on our letter of January 14, 2021 (ECF No. 1117) and to advise the Court that Bayer and Biogen MA Inc. have been negotiating in an effort to obviate the need for briefing regarding Bayer's request for final judgment. Bayer anticipates that the parties will file a stipulation, or else Bayer will file its motion for judgment, in the near future.

  Thank you for your consideration of this matter.

           Respectfully submitted,

           GREENBAUM, ROWE, SMITH & DAVIS LLP

           */s/ C. Brian Kornbrek*

           C. BRIAN KORNBREK

CBK/TKM
cc: Counsel of Record (via ECF and e-mail)