## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE BIOGEN '755 PATENT LITIGATION | ) ) ) ) ) ) | Hon. Claire C. Cecchi<br><br>Civil Action No. 10-2734 (CCC/JBC)<br>(consolidated) |

### STIPULATION REGARDING ENTRY OF FINAL JUDGMENT
### WITH RESPECT TO BAYER AND NOVARTIS

Plaintiff Biogen MA Inc. ("Biogen") and Defendants Bayer HealthCare Pharmaceuticals Inc. ("Bayer") and Novartis Pharmaceuticals Corp. ("Novartis") hereby stipulate as follows:

**WHEREAS** Biogen's case against Bayer and Novartis was severed from Biogen's case against Defendants EMD Serono, Inc. and Pfizer Inc. (collectively, the "Serono Defendants"), *see* ECF No. 743, but remains pending under the above case caption;

**WHEREAS** following the issuance of the mandate in the Serono Defendants' appeal to the U.S. Court of Appeals to the Federal Circuit, the Serono Defendants have asked this Court to enter judgment in their favor, ECF Nos. 1110, 1111;

**WHEREAS** Bayer and Novartis contend that because the Federal Circuit's decision invalidated claim 1 of U.S. Patent No. 7,588,755, which is the sole claim asserted against Bayer and Novartis, following the Federal Circuit's mandate, Biogen no longer has a cause of action against Bayer and Novartis, and Bayer and Novartis are entitled to prompt entry of judgment in their favor, including for the reasons set forth in the Serono Defendants' letters to the Court, ECF Nos. 1110, 1116;

**WHEREAS** Biogen contends that entry of final judgment is premature because the time for filing a petition for writ of certiorari has not expired and because Biogen seeks additional claims in a reexamination before the U.S. Patent and Trademark Office, and for the

reasons further set forth in its letters responding to the Serono Defendants, ECF Nos. 1115, 1120; and

         **WHEREAS** Biogen, Bayer, and Novartis seek to avoid unnecessary additional briefing of the issues set forth in Biogen's and the Serono Defendants' letters;

         **NOW THEREFORE**, it is hereby **STIPULATED AND AGREED** by the undersigned counsel for Biogen, Bayer, and Novartis that in the event the Court enters judgment in favor of the Serono Defendants, as they have requested, Biogen does not oppose simultaneous entry of judgment in favor of Bayer and Novartis.  For avoidance of doubt, Biogen reserves the right to address the terms of any proposed form of judgment submitted by Bayer and Novartis.

| | |
|---|---|
| **MARINO, TORTORELLA & BOYLE, P.C.** | **GREENBAUM, ROWE, SMITH & DAVIS LLP** |
| | |
| /s/ John Tortorella_____ | /s/ C. Brian Kornbrek_____ |
| Kevin H. Marino | Robert M. Goodman |
| kmarino@khmarino.com | rgoodman@greenbaumlaw.com |
| John Tortorella | C. Brian Kornbrek |
| jtortorella@khmarino.com | bkornbrek@greenbaumlaw.com |
| 437 Southern Boulevard | Thomas K. Murphy III |
| Chatham, NJ 07928-1488 | tmurphy@greenbaumlaw.com |
| Telephone:   (973) 824-9300 | 75 Livingston Avenue, Suite 301 |
| Facsimile:   (973) 824-8425 | Roseland, NJ 07068-3701 |
| | Telephone:   (973) 535-1600 |
| | Facsimile:   (973) 535-169875 |
| | Livingston Avenue, Suite 301 |
| | Roseland, NJ 07068-3701 |
| | Telephone:   (973) 535-1600 |
| | Facsimile:   (973) 535-1698 |

**PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP**

Nicholas Groombridge (pro hac vice)
ngroombridge@paulweiss.com
Eric Alan Stone (pro hac vice)
estone@paulweiss.com
David J. Ball, Jr. (pro hac vice)
dball@paulweiss.com
Peter Sandel (pro hac vice)
psandel@paulweiss.com
Jenny C. Wu (pro hac vice)
jcwu@paulweiss.com
Josephine Young (pro hac vice)
jyoung@paulweiss.com
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone:    (212) 373-3000
Facsimile:    (212) 492-0212

*Attorneys for Biogen Idec MA Inc.*

**GIBBONS P.C.**

*/s/ Charles H. Chevalier*
David E. De Lorenzi
Charles H. Chevalier
One Gateway Center
Newark, New Jersey 07102-5310
(973) 596-4500 – Telephone
(973) 596-0545 – Facsimile

**WHITE & CASE LLP**

Dimitrios T. Drivas
Amit H. Thakore
1221 Avenue of the Americas
New York, New York 10020
(212) 819-8200

*Attorneys for Novartis
Pharmaceuticals Corporation*

**WILLIAMS & CONNOLLY LLP**

Bruce R. Genderson (pro hac vice)
bgenderson@wc.com
George A. Borden (pro hac vice)
gborden@wc.com
David I. Berl (pro hac vice)
dberl@wc.com
David M. Krinsky (pro hac vice)
dkrinsky@wc.com
Thomas S. Fletcher (pro hac vice)
tfletcher@wc.com
Seth R. Bowers (pro hac vice)
sethbowers@wc.com
Tian Huang (pro hac vice)
thuang@wc.com
725 Twelfth Street N.W.
Washington, DC 20005
Telephone:   (202) 434-5000
Facsimile:    (312) 616-5029

*Attorneys for Bayer HealthCare
Pharmaceuticals Inc.*