# MARINO, TORTORELLA & BOYLE, P.C.

ATTORNEYS AT LAW

KEVIN H. MARINO
JOHN D. TORTORELLA
JOHN A. BOYLE
————
ROSEANN BASSLER DAL PRA*
EREZ J. DAVY*
WAN CHA
WILLIAM A. O'BRIEN

437 SOUTHERN BOULEVARD
CHATHAM, NEW JERSEY 07928-1488
TELEPHONE (973) 824-9300
FAX (973) 824-8425
www.khmarino.com

888 SEVENTH AVENUE, 9TH FLOOR
NEW YORK, NEW YORK 10019
TELEPHONE (212) 307-3700
FAX (212) 262-0050
e-mail: kmarino@khmarino.com
*OF COUNSEL

February 12, 2021

**VIA ECF**

Honorable Claire C. Cecchi, U.S.D.J.
United States District Court
District of New Jersey
50 Walnut Street
Newark, NJ 07101

    Re:   *In re Biogen '755 Patent Litigation,* No. 2:10-cv-02734-CCC-MF

Dear Judge Cecchi:

    Biogen respectfully submits this letter in response to that one by Defendants Bayer HealthCare Pharmaceuticals Inc. ("Bayer") and Novartis Pharmaceuticals Corp. ("Novartis") (collectively, "Bayer") on February 4, 2021 [ECF No. 1122].

    For the reasons set forth in Biogen's letters to the Court dated January 15, 2021 [ECF No. 1115] and January 27, 2021 [ECF No. 1120], Biogen opposes the request by Bayer for entry of a final judgment at this time. Biogen respectfully requests that rather than enter judgment as Serono and Bayer have requested, the Court instead schedule a status conference in six months for an update on the status of any Patent Office or Supreme Court proceedings. If the Court intends to enter final judgment in favor of Bayer, Biogen respectfully requests an opportunity to address the form of Bayer's proposed judgment [ECF No. 1122-1].

    Thank you for your consideration.

Respectfully submitted,

*/s/ Kevin H. Marino*
Kevin H. Marino

cc: All counsel of record