NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**In re: EMD SERONO, INC., PFIZER INC.,**
*Petitioners*

2021-117

On Petition for Writ of Mandamus to the United States District Court for the District of New Jersey in No. 2:10-cv-02734-CCC-MF, Judge Claire C. Cecchi.

**ON PETITION**

PER CURIAM.

**O R D E R**

EMD Serono, Inc. and Pfizer Inc. (collectively, "Serono") submit a petition for a writ of mandamus directing the United States District Court for the District of New Jersey to enter judgment in the form provided by Serono "without further delay." Pet. at 2.

Upon consideration thereof,

IT IS ORDERED THAT:

Biogen MA Inc. is directed to respond to the petition no later than fourteen days from the date of filing of this

order. Any reply in support of the petition is due no later than seven days thereafter.

                                            FOR THE COURT

| March 01, 2021 | /s/ Peter R. Marksteiner |
|---|---|
| Date | Peter R. Marksteiner |
|  | Clerk of Court |

s31